United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2253ND

_____

Joe A. Jacobson,                                *

                                     *

           Appellant,          *     Appeal from the United States

                                   *     District Court for the District

    v.                             *     of North Dakota.

                                   *

Kenneth S. Apfel, Commissioner of    *        [UNPUBLISHED]

Social Security,                  *

                                   *

           Appellee.          *

_____

Submitted: February 9, 1998
Filed: February 20, 1998

_____

Before FAGG and MURPHY, Circuit Judges, and SMITH,[*] District Judge.

_____

PER CURIAM.

      Joe A. Jacobson appeals the district court's ruling upholding the Commissioner's decision to deny Jacobson disability insurance benefits. After careful review of the administrative record and the parties' briefs, we conclude substantial evidence supports the decision of the Commissioner that Jacobson is not disabled for social security purposes. Accordingly, we affirm the district court. <u>See</u> 8th Cir. R. 47B.

_____

     [*]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.